# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 144 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VERNON KEITH MILLER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 145 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VERNON KEITH MILLER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 146 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VERNON KEITH MILLER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 147 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :

VERNON KEITH MILLER, : 
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 148 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VERNON KEITH MILLER, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 149 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VERNON KEITH MILLER, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 150 MAL 2019
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
VERNON KEITH MILLER, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 151 MAL 2019
:
Respondent :
:

[144 MAL 2019, 145 MAL 2019, 146 MAL 2019, 147 MAL 2019, 148 MAL 2019, 149
MAL 2019, 150 MAL 2019 and 151 MAL 2019] - 2

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from |
|  | : | the Order of the Superior Court |
|  | : |  |
|  | : |  |
| VERNON KEITH MILLER, | : |  |
|  | : |  |
| Petitioner | : |  |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.